**Barthe WILLIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 46684.**

Missouri Court of Appeals,
Western District.

Feb. 9, 1993.

Lorry L. Kohrs, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Michael J. Runzi, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and SHANGLER and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from dismissal of successive Rule 29.15 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).